FORM B6 Cont.

# AMENDED UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re __Johnson_____,
    Debtor

Case No. 05-61890
(If known)

RECEIVED
JAN 18 AM 9:49
U.S. _____ COURT
____ MN

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $109,000 | | |
| B - Personal Property | Yes | 3 | $2,909 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $113,463.87 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $14,911 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $326,613 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2129 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2116 |
| Total Number of Sheets of ALL Schedules ➤ | | 25 | | | |

Total Assets ➤ 111,909 / $22,549

Total Liabilities ➤ 440,687.87

454,987.87

(6/90)

In re __Johnson__,
        Debtor

Case No. __05-61890__
            (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1711 19th St. S. Moorhead, Mn 56560 The North 50 feet of lot 13 and the south 20 feet of lot 14 block 5, Meyers Brothers 5th Addition to the City of Moorhead, County of Clay and State of Mn | Home | J | $109,000 | ~~89,765~~ 85,485.00 |

Total▶ 109,000
(Report also on Summary of Schedules.)

In re __Johnson_____,    Case No. __0561890__
        Debtor                                  (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | J | 36.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Moorhead. Sky Credit Union Livingston MT State Bank Hadley | J J J | 18.00 20.00 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 1711 19th St S. mhd TVs, radio, furniture, computer videos, games ect. | J | ~~5200~~ 500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | home - clothing, shoes, coats - all mending fair | J | $~~4,500~~ 200.00 |
| 7. Furs and jewelry. | | wedding rings | J | $~~900.00~~ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | N | gun (added) | J | 250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |
| 10. Annuities. Itemize and name each issuer. | N | | | |

~~7,484~~ 1134

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | N | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | may get money back none owns us right now — taxes | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | N | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | N | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | Shaklee - we use the vitamins + use the money we make to buy our vitamins | H | 0 after wording |

75??

Form B6B-cont
(10/89)

In re __Johnson__,
         Debtor

Case No. __05-61890__ (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 94 Chevy Suburban | H | ~~3000.00~~ 800.00 |
| 24. Boats, motors, and accessories. | | 97 Plymouth Voyager | W | ~~2,200.00~~ 600.00 |
| 25. Aircraft and accessories. | N | $72 Crysller 55 horse | J | ~~500~~ 300.00 |
| 26. Office equipment, furnishings, and supplies. | | 1711 19t St S Mhd Mn 56560 | N | ~~250~~ 75.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | | 2 dogs 1711 19t St S Spot boxer/Ship (il) Larry Engl Springr Spaniel | | |
| 30. Crops - growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements. | N | | | |
| 32. Farm supplies, chemicals, and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |

___3___ continuation sheets attached    Total▶  $ ~~13,549~~ 2909.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(6/90)

In re __Johnson_____,
         Debtor

Case No. __05-61890__
              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1):
☐ 11 U.S.C. § 522(b)(2):

Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states. Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION | |
|---|---|---|---|---|
| | NONE | | | |
| 1711 19th St S Mhd Mn 56520 | MSA 510.01, 510.02 | 96,000 | 109,000 | |
| 94 chevy sub 97 plymouth voy Boat | 11 USC 522 d 2 11 USC 522(d)2 | ~~5,900~~ | ~~5,900~~ | 1,170 |
| Household goods + furniture | 11 USC 522(d)(3) MSA 550.37 Subd 4(b) | ~~5,000~~ | ~~5,000~~ | 500 |
| Clothing | MSA 550.37 Sub 4(A) | ~~1,500~~ | ~~1,500~~ | 200 |
| Cash | 11 USC 522(d)(5) | 36⁰⁰ | 36⁰⁰ | |
| Wells Fargo Bank State Bank of Hawley Sky Fed Credit Un. | MSA ~~550.37~~ 11 USC 522(d)(5) | 48⁰⁰ | 48⁰⁰ | |
| rings | 522(d)(9)(4) | 100 | 100 | |
| gun | | 250 | 250 | |
| office equipment | | 75 | 75 | |
| Animals | 11 USC 522(d)(3) | 0 | 0 | |

Form B6F - Cont.
(12/03)
Case 05-61890    Doc 7    Filed 01/19/06    Entered 01/19/06 08:57:24    Desc Main
                            Document      Page 7 of 16

In re ___Johnson_____,
         Debtor

Case No. __05-61890__
              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Enhanced Recovery Corporation
Add: 8014 Bayberry Rd
Jacksonville Fl 32256-7412

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 5178035270678 25<br>NCO Financial Systems<br>PO Box 7540 Dept 64<br>Hampton Va 23666 | | | CC Capital | | | | 1000 |
| ACCOUNT NO 517724583<br>Green Tree Financial Corp<br>300 Landmark Towers<br>St Paul Mn 55102-1642 | | | credit cards 03 | | | | $1022 |
| ACCOUNT NO<br>Add Mr. Money<br>303 Broadway<br>Fargo ND 58102 | | | 11-05 disputed wouldn't accept my money | | | | 600 |
| ACCOUNT NO<br>Add Hanley McChain<br>662 2nd Ave NW<br>Valley City ND 58072 | | | $ help throughout years | | | | 121,000 |
| ACCOUNT NO 58072<br>Add Heather Johnson<br>1711 19th St S<br>Moorhead Mn 56560 | | | Nanny Help + Cleaning | | | | 60,000 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▶ $ ~~202~~  115,322
Total ▶ $ ~~212,313~~  ~~256~~
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

326,613

Add Linda Johnson
101 2nd St So Apt 2206
Fargo ND 58103
                Nanny-
                Help        $40,000

Add Telecheck
    12500 East Belford Ave    recovery place    $700
    1st floor
    Mailstop M-1TC    Ref # 2005364 2001360

January 17, 2006

RECEIVED
2006 JAN 18 AM 9: 49
U.S. BANKRUPTCY COURT
FERGUS FALLS, MN

## DEBTORS AFFIDAVIT

To the best of our knowledge everything contained in the pages enclosed is correct and true. I hereby demand that all debts are verified by the creditors, or be discharged for lack of validity.

_____          _____
Carrie A. Johnson                 Brendon J. Johnson

*[signature]*

St. of Minnesota
County of Clay
17th day of Jan 2006.

SHARON ANN JOHNSON
Notary Public - Minnesota
My Commission Expires Jan. 31, 2009

Please Add to Matrix

*RECEIVED 2006 JAN 18 AM 9:49 U.S. BANKRUPTCY COURT FERGUS FALLS, MN*

ENHANCED RECOVERY CORP
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256-7412

MR. MONEY
303 BROADWAY
FARGO, N.D. 58102

HARLEY MCLAIN
662 SECOND AVE. N.W.
VALLEY CITY, N.D. 58072

HEATHER JOHNSON
1711 NINETEENTH ST. S
MOORHEAD, MN. 56560

LINDA JOHNSON
101 SECOND STREET S #2206
FARGO, N.D. 58103

TELECHECK
12500 EAST BELFORD AVE.
FIRST FLOOR MAIL STOP M-1C
ENGLEWOOD CO. 80112

HANGER
721 EAST ROSSER AVE
BISMARCK, N.D. 58501

THE BONE AND JOINT CENTER
PO BOX 1397
BISMARCK, N.D. 58502-1397

RAPIDCARE URGENT CARE
1517 THIRTY-SECOND AVE S.W.
FARGO, N.D. 58103

ALTRU HEALTH SYSTEMS
P.O. BOX 6003
GRAND FORKS N.D. 58206-6003

ACCOUNTS RECEIVABLE MAN INC
PO BOX 129
THOROFARE NJ 08086-0129

VAN RU CREDIT CORPORATION
PO BOX 618
PARK RIDGE IL 60068-0618

HOUSEHOLD CREDIT SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

ADVANCED HAND CLINIC
ATTN JON NORBERG MD
3280 TWENTIETH ST S
FARGO ND 58104

ACCOUNTS MANAGEMENT INC
PO BOX 1843
SIOUX FALLS SD  57101

BRADFORD EDITIONS
9333 MILWAUKEE AVE
NILES IL 60714

CAPITAL ONE SERVICES
PO BOX 60000
SEATTLE WA 98190-6000

CAPITAL ONE BANK
PO BOX 60024
CITY INDUST CA 91716-0024

WEST ASSET MANAGEMENT INC
PO BOX 724747
ATLANTA GA 31139

CAPITAL ONE
PO BOX 25131
RICHMOND VA 23276-0001

CENTRACARE CLINIC
1200 SIXTH AVE N
ST CLOUD MN 56303

DAKOTA CLINIC LTD
1702 S UNIVERSITY
PO BOX 6001
FARGO ND 58108-6001

EASTERN COLLECTION CORP
1626 LOCUST AVE
BOHEMIA NY 11716

EXCEL WIRELESS
PO BOX 78334
PHOENIX AZ 85062-8334

EXCEL TITLE LLC
6900 WEDGWOOD ROAD STE 450
MAPLE GROVE MN 55311

MORRIS CARLSON P A
ATTN KELLY V GRIFFITTS
7380 FRANCE AVE S STE 200
MINNEAPOLIS MN 55435

FAIRVIEW
2450 RIVERSIDE AVE
MINNEAPOLIS MN 55454

FARGO FOOT & ANKLE LLC
2301 TWENTY FIFTH ST S
FARGO ND 58103

GEISINGER MEDICAL CENTER
PO BOX 828518
PHILADELPHIA PA 19182-8518

GOODWIN & BRYAN LLP
PO BOX 221406
CLEVELAND OH 44122-0999

HARRIS & HARRIS LTD
600 W JACKSON BLVD STE 400
CHICAGO IL 60661

EXCEL TELECOMMUNICATIONS INC
PO BOX 219046
KANSAS CITY MO 64121-9046

INTERNAL REVENUE SERVICE
FRESNO CA 93888-0040

J A CAMBECE LAW OFFICE PC
EIGHT BOURBON ST
PEABODY MA 01960

LAW OFFICE R SEIERSTAD ESQ
SAUK RAPIDS MN 56379-0570

JC CHRISTENSEN
PO BOX 519
SAUK RAPIDS MN 56379

MIDLAND CREDIT MANAGEMENT
DEPARTMENT 8870
LOS ANGELES CA 90084-8870

ASPIRE
PO BOX 105341
ATLANTA GA 30348-5341

MERITCARE HOSPITAL
PO BOX MC
FARGO ND 58122-0370

MERITCARE CLINIC
PO BOX 2168
FARGO ND 58107-2168

MERITCARE MILLS AVE
720 N FOURTH ST
FARGO ND 58122

PLAINS MEDICAL CLINIC
ATTN JOEL SCHOCK
3280 TWENTIETH ST S
FARGO ND 58104

PORTFOLIO RECOVERY
PO BOX 12914
NORFOLK VA 23541

CELLULAR ONE
PO BOX 79128
PHOENIX AZ 85062-9128

RED RIVER COLLECTIONS
PO BOX 7025
FARGO ND 58106-7025

RMA
880 GRIER DRIVE
LAS VEGAS NV 89119

SHARE HOUSE INC
4227 NINTH AVE SW
FARGO ND 58103

UNITED ACCOUNTS INC
PO BOX 9331
FARGO ND 58106-9331

FM AMBULANCE SERVICE
PO BOX 9058
FARGO ND 58106-9058

MACK & ASSOCIATES
MED DAKOTA EYE
919 S NINTH ST
BISMARCK ND 58502

NORWEST FINANCIAL
PO BOX 9743
FARGO ND 58106-9743

PROVIDIAN BANK
PO BOX 9007
PLEASANTVILLE CA 94566-4122

Document      Page 14 of 16

Case 05-61890   Doc 7   Filed 01/19/06   Entered 01/19/06 08:57:24   Desc Main
Document      Page 14 of 16

JEFFERSON CAPITAL SYSTEM
16 MCLELAND ROAD
ST CLOUD MN 56303


HERBERGERS
PO BOX 10327
JACKSON MS 39289


WEST RIVER TELE
C/O UNITED ACCOUNTS
411 N FOURTH ST
BISMARCK ND 58501


MED1MISSOURI SL
C/O UNITED ACCOUNTS
411 N FOURTH ST
BISMARCK ND 58501


CLAY COUNTY COLLECTION
715 N ELEVENTH ST STE 102
MOORHEAD MN 56560-2084


INNOVIS HEALTH
PO BOX 6061
FARGO ND 58108-6061


TEXAS GUARANTEED
PO BOX 15996
AUSTIN TX 78761-5996


FRANCIS MCLAIN
82 MCDONALD CREED RD
LIVINGSTON MT 59047


ART & SHIRLEY DAVIS
1403 CLAY ST
CEDAR FALLS IA 50613


JUNO PINTAR
5521 S FALCONER DR
BISMARCK ND 58504

CHRISTEEN MCLAIN
2109 N THIRD ST
FARGO ND 58102

PATRICK CURRAN
1702 SECOND ST N
FARGO ND 58102

LORETTA FREDERICKSON
802 33 AVE N APT 206
FARGO ND 58102

CASS COUNTY DISTRICT CT
211 NINTH ST S
FARGO ND 58103

VERIZON WIRELESS
777 BIG TIMBER RD
ELGIN IL 60123

PRAIRIE AT ST JOHNS
ATTN DR THOMAS MOORE
510 S FOURTH ST
FARGO ND 58103

UNIVERSAL FIDELITY PA
PO BOX 941911
HOUSTON TX 77094-8911

NCO FINANCIAL SYSTEMS INC
PO BOX 7590 DEPT 64
HAMPTON VA 23666

GREEN TREE FINANCIAL CORP
500 LAND MARK TOWERS
ST PAUL MN 55102-1642

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) ss. | AFFIDAVIT OF SERVICE BY MAIL |
| COUNTY OF CLAY | ) | |

RECEIVED 2006 JAN 18 AM 9: 49 US BANKRUPTCY COURT FERGUS FALLS MN

Carrie Johnson, being first duly sworn on oath, does depose and say: She is a resident of the city of Moorhead, Minnesota, and is of legal age.

On January 17, 2006, affiant served the within:

AMENDED STATEMENTS OF THE SUMMARY OF SCHEDULES, SCHEDULE A, SCHEDULE B, SCHEDULE C, AND THE LAST PAGE OF SCHEDULE F

By placing true and correct copies in envelopes addressed as follows:

TO EACH AND EVERY PARTY LISTED ON ORIGINAL MATRIX
TO EACH AND EVERY PARTY OF ADDITIONS TO THE MATRIX

ALSO TO

Bankruptcy Trustee
Tamara L. Yon
PO Box 605
Crookston, MN. 56716

US Trustee
Habbo Fokkena
1015 US Court House
300 S. 4th St.
Minneapolis, MN. 55415

And causing them to be placed in the mail at Moorhead, Minnesota with first-class postage prepaid in the amount of seventy-four cents per envelope.

_____
Carrie Johnson

Subscribed and sworn to before me this 17th day of January, 2006

_____
Notary Public

SHARON ANN JOHNSON
Notary Public - Minnesota
My Commission Expires Jan. 31, 2009