**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

CARRIE ANNE JOHNSON
1711 19TH ST S
MOORHEAD, MN 56560

Social security number: xxx–xx–4583

BRENDON JOSEPH JOHNSON SR
1711 19TH ST S
MOORHEAD, MN 56560

Social security number: xxx–xx–5320

Case No: 05–61890 – DDO

Debtor(s)                                                                         Chapter 7 Case


**DISCHARGE OF DEBTOR(S)**


It appears that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


Dated: 2/23/06                     Dennis D O'Brien
                                   United States Bankruptcy Judge


NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on February 23, 2006
 Lori Vosejpka Clerk, United States Bankruptcy Court
By: qcsue Deputy Clerk

**dsc7** 03/09/2005 – lm

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0864-6           User: qcsue                  Page 1 of 2           Date Rcvd: Feb 23, 2006
Case: 05-61890                 Form ID: 7dsc                Total Served: 74

The following entities were served by first class mail on Feb 25, 2006.
db          +BRENDON JOSEPH JOHNSON, SR.,    1711 19TH ST S,    MOORHEAD, MN 56560-4731
db          +CARRIE ANNE JOHNSON,    1711 19TH ST S,    MOORHEAD, MN 56560-4731
tr          +Tamara L Yon,   PO Box 605,    Crookston, MN 56716-0605
smg         +Minnesota Department of Revenue,    Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg         +State of Minnesota,    Dept of Manpower Services,    390 N Robert St,    St Paul, MN 55101-1805
smg         +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
smg         +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
56906067    +2109 N THIRD ST,    FARGO ND 58102-1907
56906022    +ACCOUNTS MANAGEMENT INC,    PO BOX 1843,    SIOUX FALLS SD 57101-1843
56906018     ACCOUNTS RECEIVABLE MAN INC,    PO BOX 129,    THOROFARE NJ 08086-0129
56906021    +ADVANCED HAND CLINIC,    ATIN JON NORBERG MD,    3280 TWENTIETH ST S,    FARGO ND 58104-5917
56947638    +ALTRU HEALTH SYSTEMS,    PO BOX 6003,    GRAND FORKS ND 58206-6003
56906065    +ART & SHIRLEY DAVIS,    1403 CLAY ST,    CEDAR FALLS IA 50613-4109
56906043     ASPIRE,    PO BOX 105341,    ATLANTA GA 30348-5341
56906023    +BRADFORD EDITIONS,    9333 MILWAUKEE AVE,    NILES IL 60714-1303
56906025     CAPITAL ONE BANK,    PO BOX 60024,    CITY INDUST CA 91716-0024
56906070    +CASS COUNTY DISTRICT CT,    211 NINTH ST S,    FARGO ND 58103-1833
56906048     CELLULAR ONE,    PC BOX 79128,    PHOENIX AZ 85062-9128
56906028    +CENTRACARE CLINIC,    1200 SIXTH AVE N,    ST CLOUD MN 56303-2736,    DAKOTA CLINIC LTD,
              1702 S UNIVERSITY,    PO BOX 6001
56906061    +CLAY COUNTY COLLECTION,    715 N ELEVENTH ST STE 102,    MOORHEAD MN 56560-2094
56906029    +EASTERN COLLECTION CORP,    1626 LOCUST AVE,    BOHEMIA NY 11716-2153
56947629    +ENHANCED RECOVERY CORP,    8014 BAYBERRY RD,    JACKSONVILLE FL 32256-7412
56906031    +EXCEL TITLE LLC,    6900 WEDGWOOD ROAD STE 450,    MAPLE GROVE MN 55311-3552
56906030     EXCEL WIRELESS,    PO BOX 78334,    PHOENIX AZ 85062-8334
56906033    +FAIRVIEW,    2450 RIVERSIDE AVE,    MINNEAPOLIS MN 55454-1516
56906054     FARGO FOOT & ANKLE LLC,    2301 TWENTY FIFTH ST S,    FARGO ND 58103
56906053     FM AMBULANCE SERVICE,    PC BOX 9058,    FARGO ND 58106-9058
56906064    +FRANCIS MCLAIN,    82 MCDONALD CREED RD,    LIVINGSTON MT 59047-9127
56906035     GElS INGER MEDICAL CENTER,    PO BOX 828518,    PHILADELPHIA PA 19182-8518
56906036     GOODWIN & BRYAN LLP,    PO BOX 221406,    CLEVELAND OH 44122-0999
56906075     GREEN TREE FINANCIAL CORP,    500 LAND MARK TOWERS,    ST PAUL MN 55102-1642
56947635    +HANGER,    721 E ROSSER AVE,    BISMARCK ND 58501-4461
56947631    +HARLEY MCLAIN,    662 SECOND AVE NW,    VALLEY CITY ND 58072-2504
56906037     HARRIS & HARRIS LTD,    600 W JACKSON BLVD STE 400,    CHICAGO IL 60661,
              EXCEL TELECOMMUNICATIONS INC,    PO BOX 219046,    KANSAS CITY MO 64121-9046
56947632    +HEATHER JOHNSON,    1711 NINETEENTH ST S,    MOORHEAD MN 56560-4731
56906058    +HERBERGERS,    PC BOX 10327,    JACKSON MS 39289-0327
56906020     HOUSEHOLD CREDIT SERVICES,    PO BOX 5222,    CAROL STREAM IL 60197-5222
56906062     INNOVIS HEALTH,    PO BOX 6061,    FARGO ND 58108-6061
56906038     INTERNAL REVENUE SERVICE,    FRESNO CA 93888-0040
56906039    +J A CAMBECE LAW OFFICE PC,    EIGHT BOURBON ST,    PEABODY MA 01960-7473
56906041    +JC CHRISTENSEN,    PC BOX 519,    SAUK RAPIDS MN 56379-0519
56906066    +JUNO PINTAR,    5521 S FALCONER DR,    BISMARCK ND 58504-3180,    CHRISTEEN MCLAIN
56906040     LAW OFFICE R SEIERSTAD ESQ,    SAUK RAPIDS MN 56379-0570
56947633    +LINDA JOHNSON,    101 SECOND ST S NO 2206,    FARGO ND 58103-1928
56906069    +LORETTA FREDERICKSON,    802 33 AVE N APT 206,    FARGO ND 58102-1071
56906055    +MED DAKOTA EYE,    919 S NINTH ST,    BISMARCK ND 58504-5858
56906060    +MED1MISSOURI SL,    dO UNITED ACCOUNTS,    411 N FOURTH ST,    BISMARCK ND 58501-4078
56906045     MERITCARE CLINIC,    PO BOX 2168,    FARGO ND 58107-2168
56906044     MERITCARE HOSPITAL,    PO BOX MC,    FARGO ND 58122-0370
56906046    +MERITCARE MILLS AVE,    720 N FOURTH ST,    FARGO ND 58122-4520
56906042     MIDLAND CREDIT MANAGEMENT,    DEPARThENT 8870,    LOS ANGELES CA 90084-8870
56906032    +MORRIS CARLSON P A,    ATTN KELLY V GRIFFITTS,    7380 FRANCE AVE S STE 200,
              MINNEAPOLIS MN 55435-4599
56947630    +MR MONEY,    303 BROADWAY,    FARGO ND 58102-4714
56906074    +NCO FINANCIAL SYSTEMS INC,    PC BOX 7590 DEPT 64,    HAMPTON VA 23666-0590
56906056     NORWEST FINANCIAL,    PO BOX 9743,    FARGO ND 58106-9743
56906068    +PATRICK CURRAN,    1702 SECOND ST N,    FARGO ND 58102-2328
56906047    +PLAINS MEDICAL CLINIC,    ATTN JOEL S CHOCK,    3280 TWENTIETH ST S,    FARGO ND 58104-5917,
              PORTFOLIO RECOVERY,    PC BOX 12914
56906072    +PRAIRIE AT ST JOHNS,    ATTN DR THOMAS MOORE,    510 S FOURTH ST,    FARGO ND 58103-1914
56906057    +PROVID IAN BANK,    PC BOX 9007,    PLEASANTVILLE CA 94566-4122,    JEFFERSON CAPITAL SYSTEM,
              16 MCLELAND ROAD,    ST CLOUD MN 56303-2198
56947637     RAPIDCARE URGENT CARE,    1517 THIRTY SECOND AVE SW,    FARGO ND 58103
56906049     RED RIVER COLLECTIONS,    PC BOX 7025,    FARGO ND 58106-7025
56906050    +RMA,    880 GRIER DRIVE,    LAS VEGA.S NV 89119-3718
56906051    +SHARE HOUSE INC,    4227 NINTH AVE SW,    FARGO ND 58103-2018
56947634    +TELECHECK,    12500 E BLEFORD AVE,    FIRST FLOOR MAIL STOP M 1C,    ENGLEWOOD CO 80112-5939
56906063     TEXAS GUARANTEED,    PO BOX 15996,    AUSTIN TX 78761-5996
56947636    +THE BONE AND JOINT CNTR,    PO BOX 1397,    BISMARCK ND 58502-1397
56906052     UNITED ACCOUNTS INC,    PC BOX 9331,    FARGO ND 58106-9331
56906073     UNIVERSAL FIDELITY PA,    PC BOX 941901,    HOUSTON TX 77094-8911
56906019     VAN RU CREDIT CORPORATION,    PO BOX 618,    PARK RIDGE IL 60068-0618
56906026    +WEST ASSET MANAGEMENT INC,    PO BOX 724747,    ATLANTA GA 31139-1747
56906059    +WEST RIVER TELE,    C/O UNITED ACCOUNTS,    411 N FOURTH ST,    BISMARCK ND 58501-4078

The following entities were served by electronic transmission on Feb 24, 2006 and receipt of the transmission
was confirmed on:
56906027     EDI: CAPITALONE.COM Feb 24 2006 02:30:00     CAPITAL ONE,    PO BOX 25131,    RICHMOND VA 23276-0001
56906024     EDI: CAPITALONE.COM Feb 24 2006 02:30:00     CAPITAL ONE SERVICES,    PO BOX 60000,
              SEATTLE WA 98190-6000
```

```
District/off: 0864-6           User: qcsue              Page 2 of 2              Date Rcvd: Feb 23, 2006
Case: 05-61890                 Form ID: 7dsc            Total Served: 74

The following entities were served by electronic transmission (continued)
56906020      EDI: HFC.COM Feb 24 2006 02:29:00      HOUSEHOLD CREDIT SERVICES,   PO BOX 5222,
              CAROL STREAM IL 60197-5222
56906042      EDI: MID8.COM Feb 24 2006 02:31:00     MIDLAND CREDIT MANAGEMENT,   DEPARThENT 8870,
              LOS ANGELES CA 90084-8870
56906071     +EDI: AFNIVZWIRE.COM Feb 24 2006 02:30:00   VERIZON WIRELESS,   777 BIG TIMBER RD,
              ELGIN IL 60123-1401
                                                                                            TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
56906054      MACK & ASSOCIATES
                                                                                     TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2006**              **Signature:**   _Joseph Speetjens_