UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

In re:

CARRIE AND BRENDON JOHNSON,                    BKY NO. 05-61890

    Debtor(s).

ORDER VACATING ORDER CLOSING CASE
_____

    At Fergus Falls, Minnesota.

    The Order and Final Decree Closing Case and discharging the trustee was entered improvidently.

    THEREFORE, IT IS ORDERED: The order entered August 3, 2006, is vacated.

Date: 8/8/06                              /e/ Dennis D. O'Brien
                                                        Dennis D. O'Brien
                                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/08/06
Lori A. Vosejpka, Clerk, By DWC