# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:  CARRIE JOHNSON                          BKY 05-61890
        BRENDON JOHNSON,                                Chapter 7

                        Debtors.                        ORDER

_____

     This matter came before the Court on the debtors' motion for a rule to show cause. The debtors appeared pro se, and Alan Haugrud appeared on behalf of the respondent EMC Mortgage.  Based upon all of the files, records and proceedings herein, the Court now makes this Order pursuant to the Federal and Local Rules of Bankruptcy Procedure.

IT IS HEREBY ORDERED:

    1.    The debtors' motion is DENIED.


                                        BY THE COURT:

DATED: August 23, 2006

                                        /e/ Dennis D. O'Brien
                                        United States Bankruptcy Judge

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on 08/23/06
> Lori A. Vosejpka, Clerk, By DWC